**FILED**

06/06/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0125



## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 23-0125

JADA KU,

   Plaintiff and Appellant,

  v.

          ORDER OF MEDIATOR APPOINTMENT

GREAT FALLS COLLEGE
MONTANA STATE UNIVERSITY,

   Defendant and Appellee.

   This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

   IT IS ORDERED THAT **Thomas Anthony Marra,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

   IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

   A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

   DATED this June 6, 2023.

                  *[signature]*

         Bowen Greenwood, Clerk of the Supreme Court

c:  Jada Ku, 300 56th Street South, Great Falls, MT  59405
   Brandy Jennifer Glad, jenniferglad@montana.edu
   Thomas Anthony Marra, tmarra@marralawfirm.com